UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAR ELAHI SIDDQUI, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FREMONT, et al.,<br><br>　　　　Defendants. | Case No.  16-cv-02012-JSC<br><br>**ORDER RE: DEFENDANTS' MOTION TO DISMISS**<br><br>Re: Dkt. No. 10 |

　　　　Defendants filed a motion to dismiss on June 30, 2016. (Dkt. No. 10.)  Under Local Rule 7-3, Plaintiffs' opposition or statement of non-opposition was due July 14, 2016; however, Plaintiffs filed neither.  Plaintiffs shall file their opposition or statement of non-opposition by July 21, 2016.  If Plaintiffs file an opposition brief, Defendants' reply shall be due July 28, 2016.  The hearing date remains the same.

　　　　**IT IS SO ORDERED.**

Dated: July 18, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge