UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABRAR ELAHI SIDDQUI, et al.,

            Plaintiffs,

    v.

CITY OF FREMONT, et al.,

            Defendants.

Case No.  16-cv-02012-JSC

**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

Plaintiffs Abrar Siddqui and Rahila Khan bring this civil action against Defendants the City of Fremont and Leonard Powell as the Community Preservation Manager for City of Fremont. (Dkt. No. 1.)  Defendants' Motion to Dismiss is now pending before the Court.  (Dkt. No. 10.)  After Plaintiffs failed to file a response to the motion within the time allotted under Local Rule 7-3, the Court issued an Order directing Plaintiffs to file their opposition or statement of non-opposition by July 21, 2016.  Plaintiffs failed to do so.

Accordingly, Plaintiffs are ORDERED TO SHOW CAUSE as to why this action should not be dismissed with prejudice for failure to prosecute pursuant Federal Rule of Civil Procedure 41(b).  Plaintiffs shall file a written response to this Order by August 1, 2016.  Failure to respond to this Order will result in the dismissal of this action. *See Y*ourish *v. California Amplifier*, 191 F.3d 983, 991 (9th Cir. 1999).

**IT IS SO ORDERED.**

Dated:  July 25, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California