UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAR ELAHI SIDDQUI, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>CITY OF FREMONT, et al.,<br><br>   Defendants. | Case No.  16-cv-02012-JSC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 10, 23 |

Plaintiffs Abrar Siddqui and Rahila Khan bring this civil action against Defendants the City of Fremont and Leonard Powell as the Community Preservation Manager for City of Fremont. (Dkt. No. 1.)   On June 20, 2016, Defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  (Dkt. No. 10.)  After Plaintiffs failed to file a response to the motion within the time allotted under Local Rule 7-3, the Court issued an Order directing Plaintiffs to file their opposition or statement of non-opposition by July 21, 2016.  Plaintiffs failed to do so.

The Court then issued an Order to Show Cause as to why the action should not be dismissed with prejudice for failure to prosecute pursuant Federal Rule of Civil Procedure 41(b). (Dkt. No. 19.)   Plaintiffs responded to the Order to Show Cause contending that counsel "never received notification that the responsive pleading had been filed" and was thus "unaware of the filing of the motion to dismiss." (Dkt. No. 20 at 1:26-27; 2:4-5.)  In response, the Court issued an order noting that as a registered ECF user counsel would have received notice of each filing in this action; however, given that Defendants had not suggested that they had been prejudiced, the Court again reset the briefing schedule on the motion to dismiss.  (Dkt. No. 22.)   Five days after the Order resetting the briefing schedule, Defendants filed a Motion to Strike Plaintiffs' State

1  Law Causes of Action Pursuant to California's Anti-SLAPP statute seeking attorneys' fees and
2  costs.  (Dkt. No. 23.)
3     Plaintiffs thereafter failed to file a response to either motion and the time has now run do
4  so under Local Rule 7-3.  Accordingly, Plaintiffs are again ordered to show cause as to why this
5  action should not be dismissed for failure to prosecute under Federal Rules of Civil Procedure
6  41(b).  *See Yourish v. California Amplifier*, 191 F.3d 983, 991 (9th Cir. 1999).  **Plaintiffs shall file
7  a written response to this order by August 29, 2016.**  Defendants may, but are not required to,
8  file a reply by September 6, 2016.  In addition, **Plaintiffs and their counsel Brian Kemp
9  Hilliard are ordered to personally appear and show cause in person on September 8, 2016 at
10 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California as to why this
11 action should not be dismissed with prejudice for failure to prosecute**.  Defendants' counsel
12 may contact Court Call at 1-888-882-6878 to make arrangements to appear at the Order to Show
13 Cause hearing by telephone.
14     **If Plaintiffs fail to either respond to this Court's Order or appear on September 8,
15 2016 this action may be dismissed for failure to prosecute and Plaintiffs' counsel will be
16 referred to the Northern District's Standing Committee on Professional Conduct pursuant
17 to Local Rule 11-6(a).**
18     The Case Management Conference Scheduled for September 1, 2016 is VACATED
19 pending disposition of this Order to Show Cause.
20
21     **IT IS SO ORDERED.**
22 Dated: August 25, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAR ELAHI SIDDQUI, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FREMONT, et al.,<br><br>　　　　Defendants. | Case No.  16-cv-02012-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian Kemp Hilliard
Hilliard & Porrino, P.C.
3911 Harrison Street
Oakland, CA 94611

Dated: August 25, 2016

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Ada Means, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable JACQUELINE SCOTT CORLEY

3