Gregory M. Fox, State Bar No. 070876
Parry A. Black, State Bar No. 291472
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: gfox@bfesf.com

Harvey E. Levine, City Attorney (SBN 61880)
CITY OF FREMONT
3300 Capitol Avenue
P.O. Box 5006
Fremont, CA 94537-5006
Telephone:     (510) 284-4030
Facsimile:     (510) 284-4031

Attorneys for Defendants
CITY OF FREMONT and LEONARD POWELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAR SIDDQUI an individual, RAHILA KHAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FREMONT, a municipal corporation; CITY OF FREMONT COMMUNITY DEVELOPMENT DEPARTMENT; LEONARD POWELL in his capacity as COMMUNITY PRESERVATION MANAGER for CITY OF FREMONT; and DOES 1-100, inclusive; individually and in their capacities for CITY OF FREMONT,<br><br>Defendants. | Case No. 3:16-cv-02012-JSC<br><br>**DEFENDANTS CITY OF FREMONT AND LEONARD POWELL'S OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION**<br><br>**Hon. Jacqueline Scott Corley** |

On September 25, 2016 Plaintiffs filed a "Notice of Motion and Motion for Reconsideration." Per Civil Local Rule 7-9(a), such a motion must be made prior to the entry of judgment in the case and "[n]o party may notice a motion for reconsideration without first obtaining leave of Court to file the motion." Judgment in this case was entered on September 8, 2016. Plaintiffs have not attempted to obtain leave of Court to file the instant motion. The motion is thus improper and should not be considered by this Court.

Dated: October 6, 2016　　　　　　　　　　BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

　　　　　　　　　　　　　　　　　　　　By: */s/ Parry A. Black*
　　　　　　　　　　　　　　　　　　　　　　　Gregory M. Fox
　　　　　　　　　　　　　　　　　　　　　　　Parry A. Black
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　　CITY OF FREMONT and LEONARD POWELL